VITO LOBELLO, Respondent, *v.* CITY OF NEW YORK et al., Appellants and Respondents, and FRANK CEVA & SONS, INC., Impleaded Defendant-Appellant and Respondent.

Argued April 19, 1945; decided May 24, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), for City of New York, defendant-appellant and respondent.

*James J. McLoughlin, Julius S. Christensen* and *Thomas F. Harrigan* for Manufacturers Trust Company, defendant-appellant and respondent.

*Joseph F. Hanley* and *John W. Trapp* for Frank Ceva & Sons, Inc., defendant-appellant and respondent.

*Leonard Acker, Bernard Pizzitola* and *Frank N. Percaccia* for plaintiff-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, and DYE, JJ. Taking no part: THACHER, J.